THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MENASHE SHEMESH, Respondent.

Decided September 16, 2008

**APPEARANCES OF COUNSEL**

*Robert M. Morgenthau, District Attorney,* New York City (*Frank Glaser* and *Mark Dwyer* of counsel), for appellant.

*Arnold J. Levine,* New York City, for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. There is record support for the finding below that the District Attorney failed to accord the defendant reasonable time to exercise his right to appear as a witness before the grand jury.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.